| Fill in this information to identify your case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Benjamin** | **Joe** | **Giron** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | | **Western District of Texas** | | |
| Case number (if known) | 21-30070 | | | |

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  **12/15**

If you are a individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**1**

Internal Revenue Service
Creditor's Name

PO Box 7317
Number     Street

Philadelphia, PA 19101
City          State     Zip Code

Contact

Contact phone

What is the nature of the claim?     None     $116,546.12

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property? Priority**
☐ No
☒ Yes.

Total claim (secured and unsecured):     $116,546.12
Value of security:                      – $0.00
Unsecured Claim:                          $116,546.12

Official Form 104     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 1

Debtor 1 **Benjamin Joe Giron**     Case number *(if known)* 21-30070
    First Name    Middle Name    Last Name

**Unsecured claim**

### 2

Dr. Bernard Katz
Creditor's Name

6065 Hillcroft St. Ste 101
Number   Street

Houston, TX 77081
City    State    Zip Code

Contact

Contact phone

What is the nature of the claim?   Rental arrearage    **$16,500.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?** Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):
Value of security:   –
Unsecured Claim:

---

### 3

GECU/Government Employees Credit Union
Creditor's Name

Attn: Bankruptcy

Po Box 20998
Number   Street

El Paso, TX 79998-0998
City    State    Zip Code

Contact

Contact phone

What is the nature of the claim?   Credit Card    **$10,434.98**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?** Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):
Value of security:   –
Unsecured Claim:

---

### 4

VW Credit, Inc.
Creditor's Name

PO Box 3
Number   Street

Hillsboro, OR 97123
City    State    Zip Code

Contact

Contact phone

What is the nature of the claim?   None    **$1,437.50**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?** Secured
☐ No
☑ Yes.

Total claim (secured and unsecured):   $10,012.50
Value of security:   –   $8,575.00
Unsecured Claim:   $1,437.50

Debtor 1 **Benjamin** **Joe** **Giron**      Case number *(if known)* 21-30070
         First Name     Middle Name     Last Name

| # | Creditor | Claim details | Unsecured claim |
|---|---|---|---|
| 5 | American Express National Bank<br>Becket & Lee LP<br>Po Box 3001<br>Malvern, PA 19355-0701 | What is the nature of the claim? Credit Card<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>Does the creditor have a lien on your property? Unsecured<br>☑ No<br>☐ Yes.<br>Total claim (secured and unsecured):<br>Value of security: –<br>Unsecured Claim: | $5,672.46 |
| 6 | Capital One (USA), N.A.<br>4514 N Santa Fe Ave<br>Oklahoma City, OK 73118 | What is the nature of the claim? Credit Card<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>Does the creditor have a lien on your property? Unsecured<br>☑ No<br>☐ Yes.<br>Total claim (secured and unsecured):<br>Value of security: –<br>Unsecured Claim: | $5,058.97 |
| 7 | TitleMax<br>5690 Santa Teresita Dr. Ste 1A<br>Santa Teresa, NM 88008 | What is the nature of the claim? None<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>Does the creditor have a lien on your property? Secured<br>☐ No<br>☑ Yes.<br>Total claim (secured and unsecured): $5,047.00<br>Value of security: – $989.00<br>Unsecured Claim: $4,058.00 | $4,058.00 |

| Debtor 1 | **Benjamin** | **Joe** | **Giron** | Case number *(if known)* 21-30070 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

### 8

Synchrony Bank
Creditor's Name

Attn: Bankruptcy Dept

PO Box 965060
Number       Street

Orlando, FL 32896
City                State       Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____   $4,663.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☒ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:   – _____
Unsecured Claim: _____

### 9

Portfolio Recovery Associates, LLC
Creditor's Name

Po Box 12914
Number       Street

Norfolk, VA 23541-0914
City                State       Zip Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card   $4,578.67

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☒ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:   – _____
Unsecured Claim: _____

### 10

Synchrony Bank
Creditor's Name

Attn: Bankruptcy Dept

PO Box 965060
Number       Street

Orlando, FL 32896
City                State       Zip Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card   $4,578.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☒ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:   – _____
Unsecured Claim: _____

Debtor 1 **Benjamin** **Joe** **Giron** Case number *(if known)* 21-30070
First Name / Middle Name / Last Name

**Unsecured claim**

### 11

**CBNA**
Creditor's Name

Attn: Centralized Bankruptcy

Po Box 790034
Number  Street

Saint Louis, MO 63179-0034
City  State  Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____   $3,185.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?** Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

### 12

**LVNV Funding, LLC**
Creditor's Name

Po Box 10587
Number  Street

Greenville, SC 29603-0587
City  State  Zip Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card   $2,674.50

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?** Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

### 13

**Credit One Bank**
Creditor's Name

PO Box 98872
Number  Street

Las Vegas, NV 89193
City  State  Zip Code

Contact

Contact phone

**What is the nature of the claim?** _____   $2,635.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?** Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

Debtor 1  **Benjamin   Joe   Giron**                Case number *(if known)* 21-30070
         First Name  Middle Name  Last Name

|  |  | Unsecured claim |
|---|---|---|
| **14** Capital One (USA), N.A.  *Creditor's Name*  4514 N Santa Fe Ave  *Number    Street*  Oklahoma City, OK 73118  *City        State   Zip Code*  *Contact*  *Contact phone* | **What is the nature of the claim?** Credit Card  **As of the date you file, the claim is:** Check all that apply.  ☐ Contingent  ☐ Unliquidated  ☐ Disputed  ☑ None of the above apply  **Does the creditor have a lien on your property?** Unsecured  ☑ No  ☐ Yes.  Total claim (secured and unsecured):  Value of security:  –  Unsecured Claim: | $2,308.41 |
| **15** First National Bank/Legacy  *Creditor's Name*  Attn: Bankruptcy  PO Box 5097  *Number    Street*  Sioux Falls, SD 57117-5097  *City        State   Zip Code*  *Contact*  *Contact phone* | **What is the nature of the claim?**  **As of the date you file, the claim is:** Check all that apply.  ☐ Contingent  ☐ Unliquidated  ☐ Disputed  ☑ None of the above apply  **Does the creditor have a lien on your property?** Unsecured  ☑ No  ☐ Yes.  Total claim (secured and unsecured):  Value of security:  –  Unsecured Claim: | $1,822.00 |
| **16** CBUSASEARS  *Creditor's Name*  PO Box 6217  *Number    Street*  Sioux Falls, SD 57117  *City        State   Zip Code*  *Contact*  *Contact phone* | **What is the nature of the claim?**  **As of the date you file, the claim is:** Check all that apply.  ☐ Contingent  ☐ Unliquidated  ☐ Disputed  ☑ None of the above apply  **Does the creditor have a lien on your property?** Unsecured  ☑ No  ☐ Yes.  Total claim (secured and unsecured):  Value of security:  –  Unsecured Claim: | $1,529.00 |

| Debtor 1 | **Benjamin** | **Joe** | **Giron** | Case number *(if known)* 21-30070 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

### 17

**Regional Management Corporation**
Creditor's Name

979 Batesville Road Ste B
Number    Street

Greer, SC 29651
City    State    Zip Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card — $1,390.52

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?** Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):
Value of security:    –
Unsecured Claim:

### 18

**Regional Financial**
Creditor's Name

500 N Oregon
Number    Street

El Paso, TX 79901
City    State    Zip Code

Contact

Contact phone

**What is the nature of the claim?** — $1,340.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?** Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):
Value of security:    –
Unsecured Claim:

### 19

**Applied Bank**
Creditor's Name

4700 Court
Number    Street

Boca Raton, FL 33431
City    State    Zip Code

Contact

Contact phone

**What is the nature of the claim?** — $1,265.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?** Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):
Value of security:    –
Unsecured Claim:

| Debtor 1 | **Benjamin** | **Joe** | **Giron** | Case number *(if known)* 21-30070 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

| 20 | | What is the nature of the claim? | Credit Card | $1,234.46 |
|---|---|---|---|---|

Capital One (USA), N.A.
Creditor's Name

4514 N Santa Fe Ave
Number        Street

Oklahoma City, OK 73118
City                      State      Zip Code

_____
Contact

_____
Contact phone

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:                       – _____
Unsecured Claim:                           _____

# Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   /s/ Benjamin Joe Giron            X  _____
Signature of Debtor 1                     Signature of Debtor 2

Date  02/16/2021                          Date _____
       MM/ DD/ YYYY                              MM/ DD/ YYYY