UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
JAMES W. ROSE, JR
TRIAL ATTORNEY
615 E. Houston, Rm. 533
San Antonio, TX 78205
Telephone: (210) 472-4640
Fax: (210) 472-4649

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BENJAMIN JOE GIRON, | § | CASE NO. 21-30070-HCM |
| | § | CHAPTER 11 |
| | § | |
| | § | Hearing Date: Not Requested |
| DEBTOR. | § | |

## MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CASE

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, KEVIN M. EPSTEIN, THE UNITED STATES TRUSTEE for Region 7 ("UST"), through the undersigned counsel, pursuant to 11 U.S.C. § 1112 and respectfully moves for an order dismissing the case and represents as follows:

**I.     BACKGROUND FACTS**

1.  This case was commenced upon the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code on February 2, 2021. The debtor has operated as a debtor in possession since the filing of the case. The debtor elected to file under subchapter V of the Bankrupcy Code. Brad Odell was appointed as the Subchapter V Trustee.

2.  The debtor has not filed the monthly operating report for February 2021.

3.  The UST alleges upon information and belief that the debtor's group homes are being foreclosed and/or the leases are being terminated. Without the operations from the group homes, it does not appear that the debtor will be able to confirm a plan of reorganization.

**II.    THIS CASE SHOULD BE DISMISSED.**

4.  Under section 1112(b) of the Bankruptcy Code, the Bankruptcy Court shall dismiss a case or convert a case to chapter 7, whichever is in the best interest of the creditors and the estate, if the movant establishes cause, unless the Court finds that a chapter 11 trustee or examiner is in the best interests of the creditors and the estate or the Court finds and specifically identifies unusual circumstances that establish that conversion or dismissal of the case is not in the best interest of creditors and the estate. 11 U.S.C. § 1112(b).

5.  Here, the case should be dismissed. Timely and accurate financial disclosure is the life blood of the Chapter 11 process." *In re Berryhill*, 127 B.R. 427, 433 (Bankr. N.D. Ind. 1991). Because monthly operating reports are the means by which the

2

creditors, the Court and the United States Trustee can monitor a debtor's post-petition operations, the failure to file monthly operating reports by itself constitutes sufficient cause to warrant dismissal of this chapter 11 case or conversion to chapter 7. 11 U.S.C. § 1112(b)(4)(F); *Roma Group, Inc. v. Office of the United States Trustee (In re Roma Group, Inc.)*, 165 B.R. 779, 780 (S.D.N.Y. 1994) (failure to file monthly operating reports "undermines the Chapter 11 process and constitutes cause for dismissal or conversion"); *In re Bacon*, 52 B.R. 52, 53-54 (Bankr. N.D. Iowa 1985) (failure to file monthly operating reports is sufficient "cause" to warrant dismissal of chapter 11 case because "creditors are not being provided the basic financial data necessary to make decisions regarding their best interests"). Without the reports, the Court, UST, the Subchapter V Trustee and creditors cannot know whether the debtor is paying its debts as they come due or whether it is generating sufficient cash flow to fund a plan of reorganization.

6. Because the debtor is not fulfilling the obligations as a chapter 11 debtor by filing monthly operating reports, the case should be dismissed. 11 U.S.C. § 1112(b)(4)(F).

7. Furthermore, the UST alleges there is cause to dismiss the case due to continuing diminution of the estate and the absence of a reasonable likelihood of rehabilitation. 11 U.S.C. §1112(b)(4)(A). The debtor has not proposed a plan to pay creditors and does not appear to be able to do so due the losses of the group homes. The UST alleges upon information and belief that the debtor is continuing to incur administrative expenses in this case with no reasonable likelihood of rehabilitation. Therefore, there is cause to dismiss the case.

3

8. The UST submits that dismissal is in the best interests of creditors. The debtor does not appear to have any meaningful non-exempt assets available for the payment of unsecured claims.

9. If the case is dismissed, the UST requests that the order dismissing the case provide for payment of any quarterly fees owed to the UST. 28 U.S.C. § 1930.

WHEREFORE, the UST prays that the Court enter an order dismissing the case and for any and all further relief as is equitable and just.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7
Southern and Western Districts of Texas

By: /s/James W. Rose, Jr.
James W. Rose, Jr.
Trial Attorney
Texas Bar No. 17251900
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4646
(210) 472-4649 Fax
James.Rose@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing MOTION OF THE UNITED STATES TRUSTEE DISMISS CASE, was served upon the parties on the attached service by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on this the 26th day of March, 2021.

/s/ James W. Rose, Jr.
James W. Rose, Jr.
Trial Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30070-hcm<br>Western District of Texas<br>El Paso<br>Thu Mar 25 15:57:44 CDT 2021 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 | American Express National Bank<br>Becket & Lee LP<br>Po Box 3001<br>Malvern, PA 19355-0701 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Applied Bank<br>4700 Court<br>Boca Raton, FL 33431 | Benjamin Joe Giron<br>5401 Montoya Dr.<br>El Paso, TX 79932-2410 |
| CBNA<br>Attn: Centralized Bankruptcy<br>Po Box 790034<br>Saint Louis, MO 63179-0034 | CBUSASEARS<br>PO Box 6217<br>Sioux Falls, SD 57117-6217 | Capital One (USA), N.A.<br>4514 N Santa Fe Ave<br>Oklahoma City, OK 73118 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cheryl Davis<br>The Law Office of Cheryl S. Davis, PC<br>11601 Pellicano Dr Ste B18<br>El Paso, TX 79936-6056 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205-1588 |
| Comenity Bank/Express<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | Dr. Bernard Katz<br>6065 Hillcroft St. Ste 101<br>Houston, TX 77081-1005 |
| Dr. Bernard Katz<br>c/o Cheryl S. Davis<br>The Law Offices of Cheryl S. Davis, PC<br>11601 Pellicano Dr., Bldg. B-18<br>El Paso, TX 79936-6056 | Dr. Bernard Katz<br>d/b/a Hobo's House LLC<br>6065 Hillcroft St., Ste 101<br>Houston, TX 77081-1005 | Equity Trust Co., Custodian FBO Charles J. H<br>c/o Cheryl S. Davis<br>The Law Offices of Cheryl S. Davis, PC<br>11601 Pellicano Dr., Bldg. B-18<br>El Paso, TX 79936-6056 |
| Equity Trust Company<br>Custodian FBO Charles J. Horak, Jr.<br>8900 Mettler Dr<br>El Paso, TX 79925-4047 | First National Bank/Legacy<br>Attn: Bankruptcy<br>PO Box 5097<br>Sioux Falls, SD 57117-5097 | First Premier Bank<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| Fortiva Credit Card<br>Attn: Bankruptcy<br>PO Box 105555<br>Atlanta, GA 30348-5555 | GECU<br>PO BOX 20998<br>EL PASO TX 79998-0998 | GECU/Government Employees Credit Union<br>Attn: Bankruptcy<br>Po Box 20998<br>El Paso, TX 79998-0998 |
| Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | Joe T. Meraz<br>c/o Kemp Smith LLP<br>Attn: James W. Brewer<br>221 N. Kansas, Ste. 1700<br>El Paso, TX 79901-1401 |
| L&M Okubo Management & Services, LLC<br>4171 N Mesa St Ste B-201<br>El Paso, TX 79902-1431 | LVNV Funding, LLC<br>Po Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| Lane C. Reedman<br>Trustee<br>4171 North Mesa Ste B-201<br>El Paso, TX 79902-1431 | MDJJ Real Estate LLC.<br>c/o Cheryl S. Davis<br>The Law Offices of Cheryl S. Davis, PC<br>11601 Pellicano Dr., Bldg. B-18<br>El Paso, TX 79936-6056 | MDJJ Real Estate, LLC<br>5862 Cromo Dr. Ste 100<br>El Paso, TX 79912-5510 |
| McKenzie Paul & Associates<br>111 W Anderson Ln Ste E350<br>Austin, TX 78752-1136 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group<br>As agent for MOMA Trust LLC<br>Po Box 2489<br>Kirkland, WA 98083-2489 | Quantum3 Group<br>Po Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Regional Financial<br>500 N Oregon<br>El Paso, TX 79901-1121 | Regional Management Corporation<br>979 Batesville Road Ste B<br>Greer, SC 29651-6819 |
| Stuart Cox<br>1760 N Lee Trevino Dr Ste A<br>El Paso, TX 79936-4566 | Synchrony Bank<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>PO Box 965052<br>Orlando, FL 32896-5052 |
| TRS Recovery Services, Inc.<br>1600 Terrell Mill Rd Se<br>Marietta, GA 30067-8307 | Title Max<br>5690 Santa Teresita Dr., Ste. 1A<br>Santa Teresa, NM 88008-9211 | TitleMax<br>5690 Santa Teresita Dr. Ste 1A<br>Santa Teresa, NM 88008-9211 |
| United States Trustee<br>615 E. Houston Suite 533<br>San Antonio, TX 78205-2055 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Uprising Investments<br>5862 Cromo Dr. Ste 100<br>El Paso, TX 79912-5510 |
| VW Credit, Inc.<br>PO Box 3<br>Hillsboro, OR 97123-0003 | Westar Pacific Mortgage<br>PO Box 32950<br>Phoenix, AZ 85064-2950 | Brad W. Odell<br>Mullin Hoard & Brown, LLP<br>1500 Broadway, Suite 700<br>Lubbock, TX 79401-3111 |
| Timothy V. Daniel<br>Timothy V. Daniel, P.C.<br>603 Mississippi Ave.<br>El Paso, TX 79902-2415 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>Po Box 12914<br>Norfolk, VA 23541-0914 | (d)Portfolio Recovery Associates, LLC<br>Po Box 41067<br>Norfolk, VA 23541-1067 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Cheryl Davis<br>The Law Office of Cheryl S. Davis, PC<br>11601 Pellicano Dr., Ste. B18<br>El Paso, TX 79936-6056 | (d)Benjamin Joe Giron<br>5401 Montoya Dr.<br>El Paso, TX 79932-2410 | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     2<br>Total                  56 |