## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| BENJAMIN JOE GIRON, | § § | CASE NO. 21-30070-HCM |
| | § § | CHAPTER 11 |
| DEBTOR | § § § | |

## ORDER DISMISSING CASE

CAME ON for hearing the Motion of the United States Trustee to Dismiss Case (the "Motion"). The Court finds that proper notice was given for the Motion. Based on the record before the Court, the Court finds that cause exists under section 1112 of the Bankruptcy Code to either convert this case to Chapter 7 or dismiss this case, and that based on the facts of this case, the case should be dismissed.

**Therefore, it is hereby ordered, that:**

1. The Motion is granted; and

2. The case is dismissed.

###

Submitted by:

James W. Rose, Jr.
Trial Attorney
State Bar No. 17251900
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax
James.rose@usdoj.gov